**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00083-CV**
_____

**LATOSHA DIGGLES, Appellant**

**V.**

**TEXAS FARMERS INSURANCE COMPANY, Appellee**

---

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. E203884**

---

**MEMORANDUM OPINION**

Latosha Diggles, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 26, 2023
Opinion Delivered April 27, 2023
Before Golemon, C.J., Horton and Johnson, JJ.

1